No. 11-6130. Brian Kim, Petitioner v. Lydia C. Hense, Warden.

565 U.S. 985, 132 S. Ct. 515, 181 L. Ed. 2d 362, 2011 U.S. LEXIS 7714.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-6131. David Jackson, Petitioner v. Marcus Hardy, Warden.

565 U.S. 985, 132 S. Ct. 515, 181 L. Ed. 2d 362, 2011 U.S. LEXIS 7853.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 11-6135. Ronald Mitchell, Petitioner v. Karen Gershen, et al.

565 U.S. 985, 132 S. Ct. 516, 181 L. Ed. 2d 362, 2011 U.S. LEXIS 7785.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 466 Fed. Appx. 84.

No. 11-6136. Mohammad Norouzian, Petitioner v. Truman Medical Center, Inc.

565 U.S. 985, 132 S. Ct. 515, 181 L. Ed. 2d 362, 2011 U.S. LEXIS 7911.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 11-6137. Daniel Szmania, Petitioner v. Countrywide Home Loans, Inc.

565 U.S. 985, 132 S. Ct. 515, 181 L. Ed. 2d 362, 2011 U.S. LEXIS 7783.

October 31, 2011. Petition for writ of certiorari to the Court of Appeals of Washington, Division 2, denied.

Same case below, 160 Wash. App. 1002.

No. 11-6139. Ricky Alonzo Evans, Petitioner v. Harold W. Clarke, Director, Virginia Department of Corrections.

565 U.S. 985, 132 S. Ct. 515, 181 L. Ed. 2d 362, 2011 U.S. LEXIS 7718.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 428 Fed. Appx. 236.

No. 11-6140. Tami Carnley, Petitioner v. David Morgan, Sheriff, Escambia County, Florida.

565 U.S. 985, 132 S. Ct. 513, 181 L. Ed. 2d 362, 2011 U.S. LEXIS 7858.

October 31, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 60 So. 3d 1054.

No. 11-6141. Debra Feldman, Petitioner v. Twentieth Century Fox, et al.

565 U.S. 986, 132 S. Ct. 514, 181 L. Ed. 2d 362, 2011 U.S. LEXIS 7847.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.